IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA., | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| VS. | | CIVIL ACTION NO. 9:23-CV-00077 JUDGE MICHAEL J. TRUNCALE |
| LATWILA WILLIAMS, KATIE MEDFORD, SHELBY RAY DANSBY AND CALVIN DANSBY, | | |
| *Defendants.* | | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 18]. The Parties are seeking a dismissal with prejudice as to all causes of action brought by any Party in this matter.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 17th day of October, 2023.**

_____
Michael J. Truncale
United States District Judge